No. 464. H. FRANKLIN SCHLEGEL, COMMITTEE, ETC., PETITIONER, *v.* THE UNION STOCKYARDS BANK OF BUFFALO, N. Y., ET AL. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Guy E. Farquhar* for petitioner. *Mr. John A. VanArsdale* for respondents.

---

No. 541. JAMES McCAULLEY, ETC., PETITIONER, *v.* AMERICAN DREDGING COMPANY ET AL. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. John F. Lewis* for petitioner. *Mr. Edward F. Pugh* and *Mr. Edward S. Dodge* for respondents.

---

No. 542. ATLANTIC TRUST AND DEPOSIT COMPANY, PETITIONER, *v.* THE TOWN OF LAURINBURG, N. C. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Floyd Hughes* for petitioner. *Mr. James E. Shepherd* and *Mr. Maxcy L. John* for respondent.